MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 03 2012

FILED _____
DOCKETED _____
DATE         INITI

To: MOLLY C DWYER

CLERK U.S. COURT OF APPEALS

**United States Court of Appeals for the Ninth Circuit** Post Office Box 193939 San Francisco, California 94119-3939  415-355-8000

No: 11-56441
DC No: 2:11-cv-02137-VBF-JEM
Short Title: Jake Mandeville-Anthony – v - The Walt Disney Company, et al.
Central District of California, Los Angeles.

From: Jake Mandeville-Anthony
87 King Street, Southsea, Portsmouth, Hants. PO5 4EG. UK.
27th November 2012.

Dear Madam,

I write in regard to your letter of 14th November 2012, enclosing a denial of my Amended En Banc Rehearing application.

I wish to commence an application to make a Supreme Court Appeal against the dismissal of my action. Perhaps you would be kind enough to send me the appropriate forms, guidance notes and the Court's required format for a Writ of Centiorari ?

I look forward to your valued assistance.

May I wish you the compliments of the Festive Season.

Yours Faithfully,

*[signature]*

Jake Mandeville-Anthony.